JOSEPH S. DEGESUALDO, Petitioner, v. ROGER W. CRIST, Warden, Montana State Penitentiary, Respondent.

No. 12529.
Decided May 31, 1973.
511 P.2d 1323.

## ORDER

PER CURIAM:

Original proceeding. Petitioner seeks a writ of habeas corpus on the ground that his conviction was unconstitutional and illegal. Petitioner alleges that he is now in the technical custody of the warden of the Montana State Penitentiary, on inquiry of his counsel it appears that he has been released on bond by order of the United States District Court.

Habeas corpus does not lie because the petitioner is not in custody, and the application is denied.